UNITED STATES DISTRICT COURT
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| EMMA BANUELOS, NORA BENAVIDES, FRANCISCA LOPEZ CHAVEZ, ISABEL MENDOZA CRUZ, ALMA DIAZ, YOLANDA VEGA, and VERONICA VINGOCHEA, on behalf of themselves and all others similarly situated, | : : : : : : | Case No.: 1:07-cv-00422-EJL  **ORDER PRELIMINARILY APPROVING THE SETTLEMENT AGREEMENT, THE NOTICE OF CLASS ACTION SETTLEMENT, AND SETTING HEARING FOR FINAL APPROVAL** |
| Plaintiffs, | : : | |
| v. | : : | |
| XL FOUR STAR BEEF HOLDINGS (IDAHO), INC., & XL FOUR STAR BEEF, INC., | : : | |
| Defendants. | : : | |

Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement pursuant to Rule 23 of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b) was filed on September 18, 2009. Defendants XL Four Star Beef Holdings (Idaho), Inc. ("XL Holdings") and XL Four Star Beef, Inc. ("XL Four Star") (collectively, "Defendants"), do not oppose the Motion. The Court has considered the papers submitted in support of the Motion and the terms of the proposed class action Settlement Agreement. Based on the papers and pleadings on file, the Court hereby finds that the settlement is deserving of preliminary approval. Having made this determination, the Court hereby ORDERS as follows:

    1.    The Court grants preliminary approval of the Settlement Agreement attached as Exhibit 1 to the Motion for Preliminary Approval of the Settlement Agreement. The Court preliminarily approves the Settlement Agreement as being sufficiently fair, reasonable and

adequate, subject to the right of any class member to challenge the fairness, reasonableness or adequacy of the Settlement Agreement and to show cause, if any exists, why a final judgment dismissing this case and all released claims and awarding attorneys' fees and expenses to Class Counsel, should not be entered following a Final Fairness Hearing;

2. The Court appoints Rust Consulting, Inc. as Claims Administrator to perform the duties set forth in the Settlement Agreement;

3. Pursuant to the Settlement Agreement, the Court provisionally certifies the following Settlement Class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, pending final approval of the settlement:

all current and former hourly production and support employees of XL Four Star who are or were required to don and doff personal protective equipment, and who are or were subject to XL Four Star's gang-time compensation system at its meat processing facility in Nampa, Idaho between February 5, 2007 and the date of this Order (the "Idaho State Claims Class");

4. The Court provisionally certifies an FLSA collective action on behalf of the following group of individuals:

all current and former hourly production and support employees of XL Four Star who are or were required to don and doff personal protective equipment, and who are or were subject to XL Four Star's gang-time compensation system at its meat processing facility in Nampa, Idaho between February 5, 2007 and the date of this Order (the "FLSA Collective Class");

5. The Court appoints Plaintiffs Emma Banuelos, Nora Benavides, Francisca Lopez Chavez, Isabel Mendoza Cruz, Alma Diaz, Yolanda Vega, and Veronica Vingochea as the Class Representatives on behalf of the Idaho State Claims Class and the FLSA Collective Class;

6. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints Berger & Montague, P.C., Schneider Wallace Cottrell Brayton Konecky LLP and The Downey

Law Firm, LLC as Class Counsel for the Idaho State Claims Class and the FLSA Collective Class;

7. The Court approves the Notice of Proposed Class Action Settlement and Individual Class Member Claim and Opt-In Form attached as Exhibits A and B, respectively, to the parties' Settlement Agreement. The Parties are directed to have the Claims Administrator mail these documents to the Idaho State Claims Class and the FLSA Collective Class pursuant to the Settlement Agreement following the entry of this Order;

8. As of the date of this Order, all discovery and other proceedings in this case are stayed until further order of this Court, except as may be necessary to implement the Settlement Agreement; and

9. The Court approves a schedule and procedure for completing the final approval process as follows:

| | |
|---|---|
| CAFA Notice Sent by Claims Administrator, Defendants or on Defendants' behalf | Within the time prescribed by 28 U.S.C, § 1715 |
| Defendant Provides Class List to the Claims Administrator | 5 days after preliminary approval |
| Deposit of Settlement Funds by Defendant with the Claims Administrator, who will deposit the funds into Qualified Settlement Fund | 5 days after preliminary approval |
| Class Notice and Claim Form Mailed to Class Members: | 20 days after preliminary approval (with reminder postcard mailed 30 days after initial mailing of Class Notice and Claim Form) |
| Attorneys' Fees Motion Filed: | 75 days after mailing of Class Notice and Claim Form |
| Last Day to File Objections and Opt-Out Notices: | 90 days after mailing of Class Notice and Claim Form |
| Last Day for Class Members to Submit Claim Form: | 90 days after mailing of Class Notice and Claim Form |

| Last Day to File Motion for Final Approval of Settlement: | 100 days after mailing of Class Notice and Claim Form |
|---|---|
| Final Fairness Hearing: | 115 days after mailing of Class Notice and Claim Form |

It is so ordered.

DATED: **September 25, 2009**

~~Honor~~able Edward J. Lodge
U. S. District Judge