Todd M. Schneider (admitted *Pro Hac Vice*)
Clint J. Brayton (admitted *Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Phil Downey (admitted *Pro Hac Vice*)
THE DOWNEY LAW FIRM, LLC
P.O. Box 736
Unionville, PA 19375
Tel: (610) 324-2848
Fax: (610) 347-2507

Shanon J. Carson (admitted *Pro Hac Vice*)
Russell D. Henkin (admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604

Bruce Skaug
GOICOECHEA LAW OFFICES, LLP
1226 East Karcher Road
Nampa, ID  83686
Tel:  (208) 466-0030
Fax:  (208) 466-8903

Attorneys for Plaintiffs and the Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| EMMA BANUELOS, NORA BENEVIDES, FRANCISCA LOPEZ CHAVEZ, ISABEL MENDOZA CRUZ, ALMA DIAZ, YOLANDA VEGA, AND VERONICA VINGOCHEA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>XL FOUR STAR BEEF HOLDINGS (IDAHO), INC. AND XL FOUR STAR BEEF INC.,<br><br>        Defendants. | Case No. 1:07-cv-00422-EJL<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES** |

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), and Dist. Idaho Local Civ. R. 54.2, Class Counsel for Plaintiffs Emma Banuelos, Nora Benevides, Francisca Lopez Chavez, Isabel Mendoza Cruz, Alma Diaz, Yolanda Vega, and Veronica Vingochea ("Plaintiffs"), individually and on behalf of all others similarly situated, seek reimbursement for their counsel's fees in the amount of $447,000, as established by the Settlement Agreement between Plaintiffs and Defendants XL Four Star Beef Holdings (Idaho), Inc. ("XL Holdings") and XL Four Star Beef, Inc. ("XL Four Star") (collectively, "Defendants") dated September 25, 2009. By separate motion pursuant to Dist. Idaho Local Civ. R. 54.2, Plaintiffs also seek reimbursement for Class Counsel's out of pocket costs. Pursuant to the Settlement Agreement, Defendants do not oppose this motion.

This motion is based on Plaintiff's Memorandum of Law in Support of Plaintiffs' Motion For Approval of Attorneys' Fees; the Declarations of Todd M. Schneider, Shanon J. Carson, and Phillip A. Downey and exhibits attached thereto, and oral arguments made at the time of hearing, if any.

Date: December 28, 2009

Respectfully submitted,

BERGER & MONTAGUE, P.C.

　/s/
SHANON J. CARSON
RUSSELL D. HENKIN
1622 Locust Street
Philadelphia, PA  19103
Telephone No.: (215) 875-4656
Facsimile No.: (215) 875-4604

SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
TODD M. SCHNEIDER
CLINT J. BRAYTON
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

THE DOWNEY LAW FIRM, LLC
PHILLIP A. DOWNEY
P.O. Box 736
1555 Embreeville Road
Unionville, PA 19375
Telephone No.: (610) 324-2848
Facsimile No.: (610) 347-1073

GOICOECHEA LAW OFFICES, LLP
BRUCE SKAUG
1226 East Karcher Road
Nampa, ID  83686
Telephone No.: (208) 466-0030
Facsimile No.: (208) 466-8903

Attorneys for Plaintiffs and the Class