Todd M. Schneider (admitted *Pro Hac Vice*)
Clint J. Brayton (admitted *Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Shanon J. Carson (admitted *Pro Hac Vice*)
Russell D. Henkin (admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604

Phil Downey (admitted *Pro Hac Vice*)
THE DOWNEY LAW FIRM, LLC
P.O. Box 736
Unionville, PA 19375
Tel: (610) 324-2848
Fax: (610) 347-2507

Bruce Skaug
GOICOECHEA LAW OFFICES, LLP
1226 East Karcher Road
Nampa, ID  83686
Tel:  (208) 466-0030
Fax:  (208) 466-8903

Attorneys for Plaintiffs and the Class

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| EMMA BANUELOS, NORA BENEVIDES, FRANCISCA LOPEZ CHAVEZ, ISABEL MENDOZA CRUZ, ALMA DIAZ, YOLANDA VEGA, AND VERONICA VINGOCHEA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>XL FOUR STAR BEEF HOLDINGS (IDAHO), INC. AND XL FOUR STAR BEEF INC.,<br><br>　　　　　Defendants. | Case No. 1:07-cv-00422-EJL<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Plaintiffs Emma Banuelos, Nora Benevides, Francisca Lopez Chavez, Isabel Mendoza Cruz, Alma Diaz, Yolanda Vega, and Veronica Vingochea ("Plaintiffs"), individually and on behalf of all others similarly situated, move this Court for an Order:

1. Granting final approval of the class action Settlement Agreement dated September 24, 2009, which is attached as Exhibit 1 to this Motion.

2. Certifying the Idaho State Claims Class and the FLSA Collective Class, which were preliminarily certified in the Court's September 25, 2009 Preliminary Approval Order, for settlement purposes, defined as:

   > all current and former hourly production and support employees of XL Four Star who are or were required to don and doff personal protective equipment, and who are or were subject to XL Four Star's gang-time compensation system at its meat processing facility in Nampa, Idaho between February 5, 2007 and September 25, 2009; and

3. Awarding $3,000 each to the seven Class Representatives in this action.

This Motion is based on the accompanying Memorandum and Points of Authorities; the Declaration of Shanon J. Carson in Support of Plaintiffs' Motion for Final Approval of Settlement ("Final Carson Dec."); the Declaration of Claims Administrator Rust Consulting, Inc. by Caryn Donly in Support of Motion for Final Approval of Settlement ("Rust Dec."); the Declaration of Shanon J. Carson in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Prelim. Carson Dec.") (Dkt. # 107); and all other records, pleadings and papers on file in this action and such other evidence or argument as may be presented to the Court at the hearing on the Motion.

Date: January 22, 2010

Respectfully submitted,

BERGER & MONTAGUE, P.C.

   /s/
SHANON J. CARSON
RUSSELL D. HENKIN
1622 Locust Street
Philadelphia, PA  19103
Telephone No.: (215) 875-4656
Facsimile No.: (215) 875-4604

SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
TODD M. SCHNEIDER
CLINT J. BRAYTON
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

THE DOWNEY LAW FIRM, LLC
PHILLIP A. DOWNEY
P.O. Box 736
1555 Embreeville Road
Unionville, PA 19375
Telephone No.: (610) 324-2848
Facsimile No.: (610) 347-1073

GOICOECHEA LAW OFFICES, LLP
BRUCE SKAUG
1226 East Karcher Road
Nampa, ID  83686
Telephone No.: (208) 466-0030
Facsimile No.: (208) 466-8903

Attorneys for Plaintiffs and the Class